IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL FRANCIS REED ALLEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> POTTAWATOMIE COUNTY, et al., ) <br> ) <br> Defendants. ) | No. CIV-10-1135-C |

ORDER OF DISMISSAL WITHOUT PREJUDICE

On September 2, 2010, Magistrate Judge Valerie K. Couch issued an Order directing Plaintiff to submit service papers on or before September 17, 2010. The Order advised Plaintiff that in the absence of receipt of service papers, Plaintiff's Complaint would be dismissed without prejudice. Plaintiff has failed to file a response to that Order or submit service papers.

On October 7, 2010, Judge Couch issued a Report and Recommendation, recommending that the case be dismissed for Plaintiff's failure to complete the necessary service papers and forward them to the Clerk of this Court. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 29) is adopted and Plaintiff's complaint is dismissed without prejudice.

IT IS SO ORDERED this 30th day of November, 2010.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge